NOT FOR PUBLICATION OR CITATION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

CIVIL ACTION NO. 06-40-KKC

SALEM ABDEL-FARES                                                                                           PLAINTIFF

VS:                          **MEMORANDUM OPINION AND ORDER**

CHARLES E. SAMUELS, JR., ET AL.                                                              DEFENDANTS

\*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*

Salem Abdel-Fares, a prisoner confined at the Federal Correctional Institution in Manchester, Kentucky, filed this *pro se* civil rights action under 28 U.S.C. §1331, along with an application to proceed *in forma pauperis*. In a Deficiency Order dated February 10, 2006, the Court directed him to file a new application to proceed *in forma pauperis* supported by a certificate of inmate account signed by the appropriate prison personnel, and to file forms demonstrating that he exhausted his administrative remedies supported by appropriate documentation. The Court directed the Clerk of the Court to provide him with all of the necessary forms and information needed to cure the deficiencies and ordered Plaintiff to satisfy each of the above requirements within 30 days of the entry of the Deficiency Order. The Deficiency Order specifically advised Plaintiff that his failure to comply with any of these requirements could result in dismissal of his complaint.

Plaintiff has filed a response to the Deficiency Order alleging that prison officials have refused to provide him with the forms necessary to invoke the administrative remedy process [Record No. 4]. Plaintiff has not, however, filed a new application to proceed *in forma pauperis* or a certificate of inmate account as required by the Deficiency Order. The time allowed for

compliance with the Deficiency Order has expired without an appropriate motion for extension of time having been filed. Accordingly, the Court being advised,

**IT IS ORDERED** as follows:

(1) The plaintiff is **DENIED** permission to proceed *in forma pauperis*.

(2) This action is **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

*McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997); *Truitt v. Wayne County*, 148 F.3d 644 (6th Cir. 1998).

Dated this 29th day of March, 2006.

Signed By:
*Karen K. Caldwell* KKC
United States District Judge